IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KELLEY, | 1:13-cv-01255-SKO (PC) |
| Plaintiff, | ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| BREAKBILL, et al., | FORTY-FIVE DAY DEADLINE |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 12, 2013. However, Plaintiff did not pay the $400.00 filing fee or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   August 14, 2013            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

-1-