# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KELLEY, | Case No. 1:13-cv-01255-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED LETTER |
| v. | (Doc. 7) |
| CPT. BREAKBILL, et al., | |
| Defendants. | |

Plaintiff Raymond Kelley, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 12, 2013.

On March 24, 2014, the Court received a letter from Plaintiff regarding the filing fee. However, the letter is not signed. Filings must include the original signature of the filing party, Fed. R. Civ. P. 11(a); Local Rule 131, and all documents submitted without the required signature are stricken, Doc. 2, First Informational Order, II(G).

In light of Plaintiff's failure to sign his filing, it is HEREBY ORDERED STRICKEN from the record, which renders it a nullity.

IT IS SO ORDERED.

Dated:  **May 1, 2014**                              /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE